# United States Bankruptcy Court
## Southern District of Mississippi

In re **Emmerich Newspapers, Inc.** Case No. ______

Debtor(s) Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: 3/13/2026

**John Wyatt Emmerich**/**President**
Signer/Title

Ancestry.com Operations, Inc.
360 West 4800 North
Provo, UT 84604

Capital One
P.O. Box 60519
City of Industry, CA 91716-0519

Charleston Publishing, Inc.
246 Briarwood Drive
Suite 101
Jackson, MS 39206

Clarion Publishing, Inc.
246 Briarwood Drive
Suite 101
Jackson, MS 39206

Clarke Publishing, Inc.
246 Briarwood Drive
Suite 101
Jackson, MS 39206

Commonwealth Publishing Company
246 Briarwood Drive
Suite 101
Jackson, MS 39206

Delta Democrat Publishing, Inc.
246 Briarwood Drive
Suite 101
Jackson, MS 39206

Delta Press Publishing, Inc.
246 Briarwood Drive
Suite 101
Jackson, MS 39206

Emmerich Dailies, Inc.
246 Briarwood Drive
Suite 101
Jackson, MS 39206

Emmerich Family Newspapers, LLC
246 Briarwood Drive

Suite 101
Jackson, MS 39206

Enterprise-Tocsin, Inc.
246 Briarwood Drive
Suite 101
Jackson, MS 39206

Franklinton Publishing, Inc.
246 Briarwood Drive
Suite 101
Jackson, MS 39206

J. O. Emmerich & Associates, Inc.
246 Briarwood Drive
Suite 101
Jackson, MS 39206

J. Wyatt Emmerich Irrevocable Trust
c/o Wilson Carroll, Trustee
P.O. Box 23066
Jackson, MS 39225

John Wyatt Emmerich
246 Briarwood Drive
Suite 101
Jackson, MS 39206

Louisville Publishing, Inc.
246 Briarwood Drive
Suite 101
Jackson, MS 39206

Marion Publishing, Inc.
246 Briarwood Drive
Suite 101
Jackson, MS 39206

Montgomery Publishing, Inc.
246 Briarwood Drive
Suite 101
Jackson, MS 39206

NewsBank, Inc.
5801 Pelican Bay Boulevard

Suite 600
Naples, FL 34108

Newton County Appeal, Inc.
246 Briarwood Drive
Suite 101
Jackson, MS 39206

Scott Publishing, Inc.
246 Briarwood Drive
Suite 101
Jackson, MS 39206

Simpson Publishing, Inc.
246 Briarwood Drive
Suite 101
Jackson, MS 39206

Story Financial Partners
4450 Old Canton Road
Suite 101
Jackson, MS 39211

Tallulah Publishing, Inc.
246 Briarwood Drive
Suite 101
Jackson, MS 39206

U.S. Small Business Administration
409 3rd Street SW
Suite 8200
Washington, DC 20416

U.S. Small Business Administration
c/o U.S. Attorney
Southern District of Mississippi
501 E. Court St., Suite 4.430
Jackson, MS 39201

Virginia K. Emmerich
246 Briarwood Drive
Suite 101
Jackson, MS 39206

Wyatt Emmerich Children's Trust

c/o Wilson Carroll, Trustee
P.O. Box 23066
Jackson, MS 39225

Yazoo Newspaper, Inc.
246 Briarwood Drive
Suite 101
Jackson, MS 39206