**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF MISSISSIPPI**

**IN RE: EMMERICH NEWSPAPERS, INC.** **CHAPTER 11**
**Debtor** **CASE NO. 26-**00793-JAW

**SMALL BUSINESS DOCUMENTS COVER SHEET**

COMES NOW Emmerich Newspapers, Inc. (the "Debtor"), and files this its *Small Business Documents Cover Sheet*, and in support thereof, would respectfully show as follows, to-wit:

1. The Debtor attaches, incorporates by reference and marks as **Exhibit "A"** its Consolidated Balance Sheet as of January 31, 2026.

2. The Debtor attaches, incorporates by reference and marks as **Exhibit "B"** its Income Statement - Latest Twelve Months Ending January 31, 2026.

3. The Debtor attaches, incorporates by reference and marks as **Exhibit "C"** its Income Statement - Seven Month Year to Date Ending January 31, 2026.

4. A copy of the Debtor's latest filed tax return will be filed with the Clerk of the Court.

5. The filing of the above referenced documents fulfill the "small business requirements" of 11 U.S.C. § 1116.

THIS, the 20th day of March, 2026.

Respectfully submitted,

EMMERICH NEWSPAPERS, INC.

By Its Attorneys,

LAW OFFICES OF GENO AND STEISKAL, PLLC

By: Craig M. Geno
Craig M. Geno

OF COUNSEL:

Craig M. Geno; MSB No. 4793
Christopher J. Steiskal, Sr.; MSB No. 101654
LAW OFFICES OF GENO AND STEISKAL, PLLC
601 Renaissance Way
Suite A
Ridgeland, MS 39157
601-427-0048 - Telephone
601-427-0050 - Facsimile
cmgeno@cmgenolaw.com
csteiskal@cmgenolaw.com
N:\Firm Data\Users\Bankrupt\Emmerich Newspapers, Inc\Pleadings\Small Business Docs Cover Sheet 3-6-26.wpd

## CERTIFICATE OF SERVICE

I, Craig M. Geno, do hereby certify that I have caused to be served this date, via electronic filing transmission, a true and correct copy of the above and foregoing to the following:

Abigail M. Marbury, Esq.
Assistant United States Trustee
abigail.m.marbury@usdoj.gov

THIS, the 20th day of March, 2026.

Craig M. Geno

**Emmerich Newspapers, Inc.**
**Consolidated Balance Sheet as of January 31, 2026**



| | McComb JOEA | Greenville DDP | Greenwood CP | Clarksdale DPP | Newton NCA | Jackson SP | Columbia MP | Yazoo City YN | Magee SIP | Forest SCP |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash | $46,316 | $5,189 | $50,311 | $4,774 | $5,816 | $12,773 | $8,200 | $25,816 | $6,168 | $4,510 |
| Accounts Receivable | 140,517 | 64,596 | 149,693 | 68,560 | 14,056 | 186,042 | 73,656 | 40,599 | 52,175 | 20,839 |
| Inventory | 39,155 | 0 | 37,144 | 0 | | 0 | 0 | 0 | 500 | 0 |
| Prepaid Expenses | 8,370 | 3,129 | 9,875 | 1,100 | 3,570 | 9,362 | 3,945 | 7,290 | 0 | 2,936 |
| Other | 0 | 1,796 | -1,912 | -1 | 0 | 0 | -1 | 15 | -1,066 | 0 |
| **Current Assets** | **$234,358** | **$74,710** | **$245,111** | **$74,433** | **$23,442** | **$208,177** | **$85,800** | **$73,720** | **$57,777** | **$28,285** |
| Land | $17,576 | $65,945 | $0 | $0 | $8,000 | $122,589 | $20,000 | $55,000 | $9,816 | $59,580 |
| Buildings | 1,516,147 | 597,173 | 212,557 | 0 | 16,861 | 578,877 | 96,047 | 319,113 | 113,204 | 422,796 |
| Furniture and Fixtures | 86,687 | 69,881 | 22,103 | 39,908 | 2,535 | 21,105 | 67,158 | 15,905 | 35,701 | 203,255 |
| Automobiles | 27,607 | 3,250 | 39,795 | 7,450 | 0 | 135,644 | 7,600 | 24,363 | 41,369 | 21,537 |
| Machinery and Equipment | 2,510,027 | 1,847,810 | 2,442,720 | 765,652 | 28,206 | 257,719 | 230,544 | 252,158 | 298,143 | 460,744 |
| Other | 0 | 0 | 7,776 | 82,111 | 0 | 11,374 | 0 | 15,000 | 44,436 | 0 |
| Less Depreciation | -4,023,566 | -2,532,427 | -2,610,073 | -833,591 | -39,070 | -842,361 | -396,557 | -617,629 | -502,471 | -1,056,801 |
| **Fixed Assets** | **$134,478** | **$51,632** | **$114,878** | **$61,530** | **$16,532** | **$284,947** | **$24,792** | **$63,910** | **$40,198** | **$111,111** |
| **Intercompany Assets** | **$2,268,885** | **$544,816** | **$278,112** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| Advertising List | $0 | $734,956 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $150,000 |
| Subscription List | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 123,208 |
| Covenant/Consult. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Goodwill | 0 | 3,491,126 | 0 | 371,072 | 382,321 | 317,187 | 585,975 | 12,802 | 0 | 0 |
| Other | 16,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Less Amortization | 0 | -712,859 | 0 | -129,875 | 0 | -114,223 | -292,988 | -4,322 | 0 | -224,555 |
| **Other Long Term Assets** | **$16,000** | **$3,513,223** | **$0** | **$241,197** | **$382,321** | **$202,964** | **$292,987** | **$8,480** | **$0** | **$48,653** |
| **TOTAL ASSETS** | **$2,653,721** | **$4,184,381** | **$638,101** | **$377,160** | **$422,295** | **$696,088** | **$403,579** | **$146,110** | **$97,975** | **$188,049** |
| Current Installment of Debt | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Accounts Payable | 70,904 | 23,540 | 37,568 | 452 | 711 | 12,206 | 0 | 839 | 1,899 | 0 |
| Other Current Payables | 6,160 | -24,475 | 14,836 | -1,707 | 2,344 | 3,203 | 8,072 | 8,832 | 339 | 47 |
| **Current Liabilities** | **$77,064** | **-$935** | **$52,404** | **-$1,255** | **$3,055** | **$15,409** | **$8,072** | **$9,671** | **$2,238** | **$47** |
| **Long Term Debt** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| **Intercompany Liabilities** | **$0** | **$2,566** | **$0** | **$548,074** | **$57,802** | **$8,078** | **$3,075** | **$2,648** | **$7,288** | **$1,832** |
| **Other L. T. Liabilities** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| Common Stock | $54,000 | $54,978 | $100,000 | $200,000 | $1,000 | $10,000 | $5,000 | $23,000 | $50,000 | $1,000 |
| Additional Paid-in Capital | 3,384,028 | 8,729,363 | 1,034,094 | 1,658,223 | 429,530 | 586,120 | 367,645 | 71,154 | -94,176 | 1,653,546 |
| Dividends Paid | -95,000 | -10,000 | -75,000 | -5,000 | 0 | -40,000 | -10,000 | -70,000 | -35,000 | -40,000 |
| Retained Earnings | -766,420 | -4,612,741 | -508,747 | -2,027,445 | -63,499 | 142,015 | 24,917 | 43,851 | 136,189 | -1,441,698 |
| Year-to-Date Net Income | 49 | 21,150 | 35,349 | 4,564 | -5,593 | -25,534 | 4,870 | 65,786 | 31,436 | 13,322 |
| **Total Equity** | **$2,576,657** | **$4,182,750** | **$585,697** | **-$169,658** | **$361,438** | **$672,601** | **$392,432** | **$133,791** | **$88,449** | **$186,170** |
| **LIABILITIES & EQUITY** | **$2,653,721** | **$4,184,381** | **$638,101** | **$377,161** | **$422,295** | **$696,088** | **$403,579** | **$146,110** | **$97,975** | **$188,049** |

**EXHIBIT "A"**

**Emmerich Newspapers, Inc.**



**Consolidated Balance Sheet as of January 31, 2026**

| | Hattiesburg HP | Louisville LP | Grenada GS | Kosciusko KSH | Dumas CPC | Winona MOP | Franklinton FP | Indianola ET | Charleston CHP | Senatobia TR |
|---|---|---|---|---|---|---|---|---|---|---|
| Cash | $12,424 | $8,686 | $11,629 | $2,341 | $4,321 | $1,073 | $17,972 | $16,100 | $9,598 | -$9,046 |
| Accounts Receivable | 92,823 | 34,377 | 163,803 | 34,549 | 7,574 | 30,112 | 38,181 | 84,317 | 19,503 | 18,528 |
| Inventory | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Prepaid Expenses | 6,573 | 0 | 0 | 3,949 | 0 | 13,930 | 41,604 | 2,795 | 3,580 | 0 |
| Other | 0 | -463 | 2,538 | 151 | 0 | 0 | 3,864 | 905 | 1 | 1,654 |
| **Current Assets** | **$111,820** | **$42,600** | **$177,970** | **$40,990** | **$11,895** | **$45,115** | **$101,621** | **$104,117** | **$32,682** | **$11,136** |
| Land | $0 | $15,000 | $0 | $0 | $10,000 | $17,500 | $25,000 | $6,000 | $2,000 | $0 |
| Buildings | 8,627 | 53,403 | 0 | 0 | 73,006 | 169,189 | 57,330 | 3,950 | 55,381 | 0 |
| Furniture and Fixtures | 104,036 | 8,360 | 13,421 | 27,429 | 24,152 | 30,571 | 18,037 | 0 | 6,342 | 0 |
| Automobiles | 35,197 | 9,674 | 2,348 | 0 | 14,980 | 30,230 | 13,801 | 3,250 | 26,800 | 0 |
| Machinery and Equipment | 365,566 | 107,073 | 18,661 | 38,032 | 265,230 | 157,626 | 164,958 | 56,947 | 53,574 | 7,252 |
| Other | 0 | 25,000 | 0 | 0 | 0 | 30,000 | 0 | 0 | 491 | 0 |
| Less Depreciation | -486,795 | -188,053 | -21,884 | -63,492 | -352,193 | -398,973 | -222,539 | -53,372 | -137,412 | -7,166 |
| **Fixed Assets** | **$26,631** | **$30,457** | **$12,546** | **$1,969** | **$35,175** | **$36,143** | **$56,587** | **$16,775** | **$7,176** | **$86** |
| **Intercompany Assets** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| Advertising List | $0 | $250,000 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Subscription List | 100,000 | 110,000 | 0 | 0 | 0 | 0 | 155,000 | 0 | 0 | 0 |
| Covenant/Consult. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Goodwill | 335,000 | 286,786 | 0 | 193,773 | 0 | 18,125 | 40,000 | 234,929 | 0 | 0 |
| Other | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 205 | 0 | 0 |
| Less Amortization | -86,792 | -296,518 | 0 | 0 | 0 | 0 | -156,375 | -443 | 0 | 0 |
| **Other Long Term Assets** | **$348,208** | **$350,268** | **$0** | **$193,773** | **$0** | **$18,125** | **$38,625** | **$234,691** | **$0** | **$0** |
| **TOTAL ASSETS** | **$486,659** | **$423,325** | **$190,516** | **$236,732** | **$47,070** | **$99,383** | **$196,833** | **$355,583** | **$39,858** | **$11,222** |
| Current Installment of Debt | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 | $0 |
| Accounts Payable | 0 | 0 | 22,064 | 1,502 | 3,657 | 4,029 | 2,614 | 3,112 | 0 | 4,236 |
| Other Current Payables | 17,508 | 1,243 | -233 | 282 | 467 | 683 | 4,011 | 594 | 1,899 | 1,158 |
| **Current Liabilities** | **$17,508** | **$1,243** | **$21,831** | **$1,784** | **$4,124** | **$4,712** | **$6,625** | **$3,706** | **$1,899** | **$5,394** |
| **Long Term Debt** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| **Intercompany Liabilities** | **$2,169,318** | **$33,832** | **$44,314** | **$92,572** | **$34,440** | **$3,076** | **$15,062** | **$4,629** | **$1,074** | **$47,624** |
| **Other L. T. Liabilities** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** | **$0** |
| Common Stock | $5,000 | $1,000 | $1,000 | $1,000 | $12,663 | $1,000 | $600 | $1,000 | $40,000 | $1,000 |
| Additional Paid-in Capital | 1,382,937 | 463,977 | 92,957 | 293,403 | 60,000 | 82,840 | 129,111 | 301,332 | 16,278 | 31,860 |
| Dividends Paid | -145,000 | 0 | -15,000 | 0 | 6,000 | 0 | -40,000 | -80,000 | -3,500 | 0 |
| Retained Earnings | -3,043,277 | -102,216 | -2,977 | -146,755 | -54,595 | 337 | 71,340 | 61,878 | -34,147 | -57,992 |
| Year-to-Date Net Income | 100,174 | 25,490 | 48,391 | -5,272 | -15,561 | 7,418 | 14,095 | 63,039 | 18,254 | -16,664 |
| **Total Equity** | **-$1,700,166** | **$388,251** | **$124,371** | **$142,376** | **$8,507** | **$91,595** | **$175,146** | **$347,249** | **$36,885** | **-$41,796** |
| **LIABILITIES & EQUITY** | **$486,660** | **$423,326** | **$190,516** | **$236,732** | **$47,071** | **$99,383** | **$196,833** | **$355,584** | **$39,858** | **$11,222** |

**Emmerich Newspapers, Inc.**

**Consolidated Balance Sheet as of January 31, 2026**



| | Clarke CLP | Tallulah TP | Holding EN | Intemediary ED | Exclusions | Total |
|---|---|---|---|---|---|---|
| Cash | $3,494 | -$114 | $197,104 | $0 | $0 | $445,455 |
| Accounts Receivable | 18,929 | 58,012 | -39,309 | 0 | 0 | 1,372,133 |
| Inventory | 0 | 0 | 0 | 0 | 0 | 76,799 |
| Prepaid Expenses | 0 | 0 | 0 | 0 | 0 | 122,007 |
| Other | -1 | -2 | 0 | 0 | 0 | 7,478 |
| **Current Assets** | **$22,422** | **$57,896** | **$157,795** | **$0** | **$0** | **$2,023,873** |
| Land | $10,000 | $10,000 | $0 | $0 | $0 | $454,006 |
| Buildings | 68,078 | 55,215 | 0 | 0 | 0 | 4,416,954 |
| Furniture and Fixtures | 52,967 | 40,353 | 22,493 | 0 | 0 | 912,399 |
| Automobiles | 5,401 | 12,960 | 0 | 0 | 0 | 463,255 |
| Machinery and Equipment | 150,944 | 126,026 | 0 | 0 | 0 | 10,605,612 |
| Other | 0 | 0 | 0 | 0 | 0 | 216,188 |
| Less Depreciation | -258,330 | -215,312 | -18,607 | 0 | 0 | -15,878,674 |
| **Fixed Assets** | **$29,060** | **$29,242** | **$3,886** | **$0** | **$0** | **$1,189,741** |
| **Intercompany Assets** | **$0** | **$0** | **$27,977,782** | **$15,158,672** | **-$46,228,267** | **$0** |
| Advertising List | $0 | $0 | $0 | $0 | $0 | $1,134,956 |
| Subscription List | 87,751 | 110,000 | 0 | 0 | 0 | 685,959 |
| Covenant/Consult. | 0 | 0 | 0 | 0 | 0 | 0 |
| Goodwill | 0 | 0 | 925,001 | 839,937 | 0 | 8,034,034 |
| Other | 0 | 0 | 312,346 | 0 | 0 | 328,551 |
| Less Amortization | -69,189 | -92,038 | -81,506 | 0 | 0 | -2,261,683 |
| **Other Long Term Assets** | **$18,562** | **$17,962** | **$1,155,841** | **$839,937** | **$0** | **$7,921,817** |
| **TOTAL ASSETS** | **$70,044** | **$105,100** | **$29,295,304** | **$15,998,609** | **-$46,228,267** | **$11,135,430** |
| Current Installment of Debt | $0 | $0 | $358,424 | $0 | $0 | $358,424 |
| Accounts Payable | 9,032 | 3,912 | 0 | 0 | 0 | 202,277 |
| Other Current Payables | 548 | 510 | 402,498 | 0 | 0 | 448,819 |
| **Current Liabilities** | **$9,580** | **$4,422** | **$760,922** | **$0** | **$0** | **$1,009,521** |
| **Long Term Debt** | **$0** | **$0** | **$2,858,806** | **$0** | **$0** | **$2,858,806** |
| **Intercompany Liabilities** | **$6,012** | **$8,496** | **$0** | **$0** | **-$3,091,812** | **$0** |
| **Other L. T. Liabilities** | **$0** | **$0** | **$742,476** | **$0** | **$3,521** | **$745,997** |
| Common Stock | $1,000 | $1,000 | $213,956 | $0 | -$565,241 | $213,956 |
| Additional Paid-in Capital | 508,097 | 436,350 | 0 | 14,973,069 | -36,591,738 | 0 |
| Dividends Paid | 0 | 0 | 0 | -219,300 | 876,800 | 0 |
| Retained Earnings | -450,469 | -350,124 | 24,624,748 | 1,025,539 | -5,982,997 | 6,484,715 |
| Year-to-Date Net Income | -4,176 | 4,956 | 94,396 | 219,300 | -876,798 | -177,559 |
| **Total Equity** | **$54,452** | **$92,182** | **$24,933,100** | **$15,998,608** | **-$43,139,974** | **$6,521,112** |
| **LIABILITIES & EQUITY** | **$70,044** | **$105,100** | **$29,295,304** | **$15,998,608** | **-$46,228,265** | **$11,135,436** |

**Emmerich Newspapers, Inc.**
**Income Statement--Latest Twelve Months Ending January 31, 2026**



| | McComb JOEA | Greenville DDP | Greenwood CP | Clarksdale DPP | Newton NCA | Jackson SP | Columbia MP | Yazoo City YN | Magee SIP | Forest SCP |
|---|---|---|---|---|---|---|---|---|---|---|
| Advertising | $789,950 | $467,297 | $587,068 | $315,492 | $232,620 | $1,209,963 | $362,971 | $407,078 | $316,573 | $188,573 |
| Circulation | 333,764 | 86,510 | 294,064 | 39,228 | 41,883 | 41,181 | 68,522 | 55,527 | 29,316 | 38,744 |
| Printing | 590,906 | 0 | 1,111,329 | 0 | 1,947 | 0 | 0 | 5,500 | 0 | 0 |
| Other | 10,321 | 10,281 | 21,331 | 589 | -1,947 | -663 | -46,669 | -1 | 18,245 | 0 |
| **Revenue** | **$1,724,941** | **$564,088** | **$2,013,791** | **$355,309** | **$274,503** | **$1,250,481** | **$384,824** | **$468,104** | **$364,134** | **$227,317** |
| Advertising | $154,427 | $73,715 | $142,148 | $45,709 | $14,212 | $237,896 | $33,705 | $49,731 | $28,485 | $0 |
| Circulation | 228,204 | 34,726 | 284,142 | 22,116 | 26,299 | 145,796 | 36,116 | 66,842 | 24,708 | 41,680 |
| Editorial | 193,271 | 37,494 | 222,111 | 1,648 | 39,731 | 108,294 | 24,127 | 13,625 | 18,644 | 600 |
| Production | 33,381 | 43,961 | 31,100 | 32,710 | 200 | 87,688 | 35,001 | 0 | 32,604 | 0 |
| Printing | 477,946 | 55,354 | 721,200 | 54,993 | 39,838 | 321,837 | 75,204 | 47,095 | 59,620 | 27,451 |
| Admin. | 480,879 | 277,835 | 420,710 | 152,558 | 153,310 | 287,985 | 167,940 | 180,016 | 158,123 | 107,400 |
| Building | 60,808 | 27,011 | 63,493 | 3,710 | 5,695 | 28,268 | 25,559 | 18,676 | 10,483 | 5,543 |
| **Oper. Costs** | **$1,628,916** | **$550,096** | **$1,884,904** | **$313,444** | **$279,285** | **$1,217,764** | **$397,652** | **$375,985** | **$332,667** | **$182,674** |
| **Oper. Income** | **$96,025** | **$13,992** | **$128,887** | **$41,865** | **-$4,782** | **$32,717** | **-$12,828** | **$92,119** | **$31,467** | **$44,643** |
| Deprec./Amort. | $32,994 | $34,876 | $22,296 | $0 | $445 | $32,694 | $639 | $12 | $8,833 | $3,728 |
| Consult./Cov. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Corporate | 0 | 1,489 | 43,748 | 0 | 0 | 1,024 | 0 | 0 | 0 | 0 |
| Outside Interest | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Interco. Interest | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent | 0 | 0 | 0 | 15,000 | 0 | -9,593 | 0 | 0 | 4,800 | 0 |
| Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Income/Other | 0 | 2,822 | 425 | 2,546 | 1,944 | 2 | 3,445 | 0 | -2,979 | 1 |
| **Net Income** | **$63,031** | **-$25,195** | **$62,418** | **$24,319** | **-$7,171** | **$8,590** | **-$16,912** | **$92,107** | **$20,813** | **$40,914** |

**EXHIBIT "B"**

**Emmerich Newspapers, Inc.**
**Income Statement--Latest Twelve Months Ending January 31, 2026**



| | Hattiesburg | Louisville | Grenada | Kosciusko | Dumas | Winona | Franklinton | Indianola | Charleston | Senatobia |
|---|---|---|---|---|---|---|---|---|---|---|
| | HP | LP | GS | KSH | CPC | MOP | FP | ET | CHP | TR |
| Advertising | $925,867 | $346,739 | $492,391 | $168,721 | $92,683 | $256,189 | $288,412 | $537,613 | $166,103 | $173,387 |
| Circulation | 39,252 | 72,525 | 66,052 | 28,606 | 23,280 | 41,219 | 33,858 | 54,207 | 33,549 | 44,675 |
| Printing | 0 | 3,304 | 26,475 | 0 | 0 | 1,997 | 0 | 0 | 0 | 0 |
| Other | 19 | 3,444 | 1,265 | 6,282 | 0 | 28 | 0 | 750 | -614 | 7,262 |
| **Revenue** | **$965,138** | **$426,012** | **$586,183** | **$203,609** | **$115,963** | **$299,433** | **$322,271** | **$592,570** | **$199,038** | **$225,324** |
| Advertising | $112,804 | $32,261 | $39,521 | $15,239 | $1,809 | $36,343 | $320 | $58,308 | $40,206 | $2,603 |
| Circulation | 30,497 | 66,006 | 48,940 | 22,784 | 28,122 | 28,085 | 19,144 | 36,093 | 21,762 | 26,496 |
| Editorial | 103,071 | 59,997 | 32,887 | 13,707 | -664 | 40,070 | 15,822 | 54,458 | 845 | 33,628 |
| Production | 38,482 | 18,016 | 29,457 | 1,969 | 0 | 125 | 1,346 | 13,217 | 1,257 | 5,389 |
| Printing | 201,152 | 64,232 | 96,865 | 35,935 | 19,700 | 58,331 | 49,235 | 75,010 | 32,027 | 42,708 |
| Admin. | 314,328 | 141,524 | 244,176 | 113,858 | 82,801 | 135,222 | 168,347 | 219,435 | 99,638 | 126,682 |
| Building | 5,713 | 12,571 | 30,701 | 3,117 | 7,000 | 24,551 | 6,738 | 11,032 | 3,641 | 2,816 |
| **Oper. Costs** | **$806,047** | **$394,607** | **$522,547** | **$206,609** | **$138,768** | **$322,727** | **$260,951** | **$467,553** | **$199,376** | **$240,322** |
| **Oper. Income** | **$159,091** | **$31,405** | **$63,636** | **-$3,000** | **-$22,805** | **-$23,294** | **$61,320** | **$125,017** | **-$338** | **-$14,998** |
| Deprec./Amort. | $4,108 | $16,219 | $6,307 | $8,886 | $2,834 | $2,839 | $1,071 | $176 | $1,138 | $1,452 |
| Consult./Cov. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Corporate | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Outside Interest | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Interco. Interest | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent | 16,320 | 750 | 18,900 | 7,800 | 0 | -20,394 | 0 | 0 | 0 | 14,425 |
| Income Taxes | 0 | 0 | 0 | -335 | 0 | 0 | 0 | 0 | 0 | 0 |
| Income/Other | -1,000 | 0 | -25,291 | 330 | -88 | 0 | 0 | 805 | 0 | -391 |
| **Net Income** | **$139,663** | **$14,436** | **$63,720** | **-$19,681** | **-$25,551** | **-$5,739** | **$60,249** | **$124,036** | **-$1,476** | **-$30,484** |

**Emmerich Newspapers, Inc.**
**Income Statement--Latest Twelve Months Ending January 31, 2026**



| | Clarke CLP | Tallulah MP | Operating Cash Flow | EN | ED | Exclusions | Consolidated Total |
|---|---|---|---|---|---|---|---|
| Advertising | $158,327 | $141,620 | $8,625,638 | $0 | $0 | $0 | $8,625,638 |
| Circulation | 35,361 | 14,313 | 1,515,636 | 0 | 0 | 0 | 1,515,636 |
| Printing | 131 | 0 | 1,741,589 | 0 | 0 | -802,024 | 939,565 |
| Other | -131 | -2 | 29,790 | 221,006 | 0 | 0 | 250,796 |
| **Revenue** | **$193,688** | **$155,931** | **$11,912,652** | **$221,006** | **$0** | **-$802,024** | **$11,331,634** |
| Advertising | $12,840 | $3,900 | $1,136,181 | $0 | $0 | $0 | $1,136,181 |
| Circulation | 24,536 | 7,132 | 1,270,226 | 0 | 0 | 0 | 1,270,226 |
| Editorial | 28,864 | 500 | 1,042,730 | 0 | 0 | 0 | 1,042,730 |
| Production | 0 | 0 | 405,903 | 0 | 0 | 0 | 405,903 |
| Printing | 30,355 | 20,561 | 2,606,649 | 0 | 0 | -802,024 | 1,804,624 |
| Admin. | 95,454 | 131,302 | 4,259,523 | 761,196 | 700 | 0 | 5,021,419 |
| Building | 5,708 | 3,017 | 365,851 | 0 | 0 | 0 | 365,851 |
| **Oper. Costs** | **$197,757** | **$166,412** | **$11,087,063** | **$761,196** | **$700** | **-$802,024** | **$11,046,935** |
| **Oper. Income** | **-$4,069** | **-$10,481** | **$825,589** | **-$540,190** | **-$700** | **$0** | **$284,699** |
| Deprec./Amort. | $2,036 | $2,157 | $185,740 | $1,553 | $0 | $0 | $187,293 |
| Consult./Cov. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Corporate | 0 | 0 | 46,261 | 0 | 577 | 0 | 46,838 |
| Outside Interest | 0 | 0 | 0 | 106,968 | 0 | 0 | 106,968 |
| Interco. Interest | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent | 0 | 0 | 48,008 | 0 | 0 | 0 | 48,008 |
| Income Taxes | 0 | -458 | -793 | -239,200 | 0 | 0 | -239,993 |
| Income/Other | 144 | 0 | -17,285 | -993,029 | -340,524 | 1,333,553 | -17,285 |
| **Net Income** | **-$6,249** | **-$12,180** | **$563,659** | **$583,518** | **$339,247** | **-$1,333,553** | **$152,871** |

**Emmerich Newspapers, Inc.**
**Income Statement--Seven Month Year to Date Ending January 31, 2026**



| | McComb JOEA | Greenville DDP | Greenwood CP | Clarksdale DPP | Newton NCA | Jackson SP | Columbia MP | Yazoo City YN | Magee SIP | Forest SCP |
|---|---|---|---|---|---|---|---|---|---|---|
| Advertising | $446,246 | $279,196 | $315,013 | $180,472 | $134,150 | $685,334 | $184,565 | $258,146 | $201,372 | $104,346 |
| Circulation | 146,678 | 51,012 | 130,172 | 21,384 | 22,573 | 25,554 | 37,983 | 32,236 | 16,362 | 22,705 |
| Printing | 348,870 | 0 | 662,656 | 0 | 830 | 0 | 0 | 5,500 | 0 | 0 |
| Other | 6,065 | 5,656 | 12,453 | 324 | -830 | 0 | 1,049 | -1 | 10,365 | 0 |
| **Revenue** | **$947,859** | **$335,864** | **$1,120,294** | **$202,180** | **$156,723** | **$710,888** | **$223,597** | **$295,881** | **$228,099** | **$127,051** |
| Advertising | $88,999 | $46,694 | $69,844 | $27,008 | $2,864 | $136,315 | $18,371 | $28,993 | $17,372 | $0 |
| Circulation | 110,150 | 20,823 | 141,844 | 11,889 | 15,599 | 85,259 | 21,241 | 40,939 | 14,218 | 24,398 |
| Editorial | 107,568 | 15,922 | 115,065 | 1,340 | 25,631 | 64,257 | 9,913 | 8,005 | 10,404 | 350 |
| Production | 19,353 | 25,878 | 16,886 | 19,465 | 0 | 49,450 | 20,417 | 0 | 19,475 | 0 |
| Printing | 286,228 | 31,603 | 419,894 | 35,308 | 23,933 | 191,778 | 42,177 | 36,024 | 36,216 | 16,119 |
| Admin. | 284,113 | 134,423 | 249,303 | 89,569 | 88,561 | 163,400 | 91,410 | 104,542 | 87,879 | 60,999 |
| Building | 34,805 | 15,373 | 35,412 | 2,042 | 3,350 | 16,183 | 15,241 | 11,585 | 6,527 | 3,541 |
| Oper. Costs | **$931,216** | **$290,716** | **$1,048,247** | **$186,621** | **$159,938** | **$706,642** | **$218,770** | **$230,088** | **$192,091** | **$105,407** |
| **Oper. Income** | **$16,643** | **$45,148** | **$72,047** | **$15,559** | **-$3,215** | **$4,246** | **$4,827** | **$65,793** | **$36,008** | **$21,644** |
| Deprec./Amort. | $16,593 | $19,148 | $10,754 | $0 | $419 | $17,880 | $24 | $7 | $1,972 | $8,322 |
| Consult./Cov. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Corporate | 0 | 0 | 25,520 | 0 | 0 | 16,148 | 0 | 0 | 0 | 0 |
| Outside Interest | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Interco. Interest | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent | 0 | 0 | 0 | 8,750 | 0 | -4,249 | 0 | 0 | 2,800 | 0 |
| Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Income/Other | 0 | 4,850 | 425 | 2,245 | 1,959 | 1 | -67 | 0 | -200 | 1 |
| **Net Income** | **$50** | **$21,150** | **$35,349** | **$4,564** | **-$5,593** | **-$25,534** | **$4,870** | **$65,786** | **$31,436** | **$13,321** |

**EXHIBIT "C"**

**Emmerich Newspapers, Inc.**
**Income Statement--Seven Month Year to Date Ending January 31, 2026**



| | Hattiesburg HP | Louisville LP | Grenada GS | Kociusko KSH | Dumas CPC | Winona MOP | Franklinton FP | Indianola ET | Charleston CHP | Senatobia TR |
|---|---|---|---|---|---|---|---|---|---|---|
| Advertising | $566,527 | $202,520 | $301,554 | $96,328 | $55,004 | $150,326 | $144,659 | $311,441 | $115,273 | $107,691 |
| Circulation | 25,263 | 43,604 | 37,012 | 15,811 | 11,849 | 23,099 | 20,003 | 30,461 | 18,359 | 25,251 |
| Printing | 0 | 1,867 | 24,631 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Other | -1 | 2,220 | 1,250 | 6,282 | 0 | 849 | 0 | 0 | -615 | 3,840 |
| **Revenue** | **$591,789** | **$250,211** | **$364,447** | **$118,421** | **$66,853** | **$174,274** | **$164,662** | **$341,902** | **$133,017** | **$136,782** |
| Advertising | $68,345 | $19,357 | $20,190 | $8,943 | $1,335 | $18,939 | $320 | $32,640 | $24,987 | $1,179 |
| Circulation | 17,825 | 39,615 | 32,363 | 12,444 | 14,789 | 16,688 | 11,419 | 21,065 | 12,009 | 15,281 |
| Editorial | 57,801 | 29,043 | 18,476 | 8,306 | 1,074 | 22,407 | 9,736 | 32,690 | 182 | 18,416 |
| Production | 22,590 | 3,835 | 17,223 | 1,969 | 0 | 0 | 1,014 | 7,852 | 838 | 3,573 |
| Printing | 120,648 | 39,656 | 63,285 | 17,934 | 10,928 | 31,631 | 27,985 | 41,463 | 16,346 | 24,786 |
| Admin. | 193,227 | 76,047 | 141,750 | 67,472 | 48,108 | 77,186 | 95,834 | 135,575 | 57,585 | 80,500 |
| Building | 3,256 | 8,515 | 16,827 | 1,587 | 4,831 | 10,350 | 3,510 | 6,788 | 2,194 | 1,702 |
| **Oper. Costs** | **$483,692** | **$216,068** | **$310,114** | **$118,655** | **$81,065** | **$177,201** | **$149,817** | **$278,073** | **$114,141** | **$145,437** |
| **Oper. Income** | **$108,097** | **$34,143** | **$54,333** | **-$234** | **-$14,212** | **-$2,927** | **$14,844** | **$63,829** | **$18,876** | **-$8,655** |
| Deprec./Amort. | -$596 | $8,652 | $1,912 | $1,138 | $1,436 | $1,639 | $750 | $790 | $621 | $0 |
| Consult./Cov. | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Corporate | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Outside Interest | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Interco. Interest | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent | 9,520 | 0 | 11,025 | 3,900 | 0 | -11,984 | 0 | 0 | 0 | 8,400 |
| Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Income/Other | -1,000 | 0 | -6,995 | 0 | -87 | 0 | 0 | 0 | 0 | -391 |
| **Net Income** | **$100,173** | **$25,491** | **$48,391** | **-$5,272** | **-$15,561** | **$7,418** | **$14,095** | **$63,039** | **$18,255** | **-$16,664** |

**Emmerich Newspapers, Inc.**
**Income Statement--Seven Month Year to Date Ending January 31, 2026**



| | Clarke CLP | Tallulah MP | Operating Cash Flow | EN | ED | Exclusions | Consolidated Total |
|---|---|---|---|---|---|---|---|
| Advertising | $91,284 | $82,114 | $5,013,561 | $0 | $0 | $0 | $5,013,561 |
| Circulation | 20,724 | 9,918 | 788,012 | 0 | 0 | 0 | 788,012 |
| Printing | 0 | 0 | 1,044,354 | 0 | 0 | -802,024 | 242,330 |
| Other | 0 | 0 | 48,906 | 14,645 | 0 | 0 | 63,551 |
| **Revenue** | **$112,008** | **$92,032** | **$6,894,833** | **$14,645** | **$0** | **-$802,024** | **$6,107,454** |
| Advertising | $7,287 | $1,448 | $641,429 | $0 | $0 | $0 | $641,429 |
| Circulation | 14,961 | 4,102 | 698,920 | 0 | 0 | 0 | 698,920 |
| Editorial | 16,820 | 500 | 573,906 | 0 | 0 | 0 | 573,906 |
| Production | 0 | 0 | 229,818 | 0 | 0 | 0 | 229,818 |
| Printing | 15,116 | 10,482 | 1,539,539 | 0 | 0 | -802,024 | 737,515 |
| Admin. | 57,045 | 67,835 | 2,452,363 | 403,228 | 700 | 0 | 2,856,291 |
| Building | 3,565 | 1,669 | 208,853 | 0 | 0 | 0 | 208,853 |
| **Oper. Costs** | **$114,794** | **$86,036** | **$6,344,829** | **$403,228** | **$700** | **-$802,024** | **$5,946,733** |
| **Oper. Income** | **-$2,786** | **$5,996** | **$550,004** | **-$388,583** | **-$700** | **$0** | **$160,721** |
| Deprec./Amort. | $1,248 | $1,040 | $93,748 | $1,553 | $0 | $0 | $95,301 |
| Consult./Cov. | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Corporate | 0 | 0 | 41,668 | 0 | 0 | 0 | 41,668 |
| Outside Interest | 0 | 0 | 0 | 172,268 | 0 | 0 | 172,268 |
| Interco. Interest | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Rent | 0 | 0 | 28,162 | 0 | 0 | 0 | 28,162 |
| Income Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Income/Other | 142 | -1 | 882 | -656,800 | -220,000 | 876,800 | 882 |
| **Net Income** | **-$4,176** | **$4,957** | **$385,545** | **$94,396** | **$219,300** | **-$876,800** | **-$177,559** |