**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

EMMERICH NEWSPAPERS, INC.,                    CASE NO. 26-00793-JAW


DEBTOR-IN-POSSESSION.                          CHAPTER 11


**ORDER AND NOTICE OF DEFICIENCY(S)**
**AND PROPOSED DISMISSAL OF CASE**

Pursuant to the U.S. Bankruptcy Code, Federal Rules of Bankruptcy Procedure, Uniform Local Rules, and standing orders, the Debtor(s) is required to file schedules, statements, and other documents within fourteen (14) days after filing the above-referenced bankruptcy case ("Bankruptcy Case"). Any motion for an extension of time must demonstrate good cause and be filed on or before the deadline listed below.

For this case to be administered, it is necessary that the Debtor(s) file the following documents:

- **Schedules A/B, D, E/F, G, & H** *(Official Forms:  206 A/B, 206 D, 206 E/F, 206 G, & 206 H)*
- **Summary of Assets and Liabilities** *(Official Form 206Sum)*
- **Statement of Your Financial Affairs**: *(Official Form 207)*
- **Declaration Under Penalty of Perjury for Non-Individuals**: *(Official Form 202)*
- **Attorney Disclosure Statement**: *(Official Form 2030)*

**IT IS ORDERED AND ADJUDGED** that if the Debtor(s) fails to file the required documents or fails to file a motion and proposed order requesting an extension of time by **April 3, 2026** the Court will dismiss the Bankruptcy Case without further notice or hearing.

Dated:  March 20, 2026                    /s/ **Jamie A. Wilson**
                                          United States Bankruptcy Judge