**SO ORDERED,**

Judge Jamie A. Wilson
United States Bankruptcy Judge
Date Signed: August 21, 2026

**The Order of the Court is set forth below. The docket reflects the date entered.**

**IN THE UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

**IN RE:**

| | |
|---|---|
| **EMMERICH NEWSPAPTERS, INC.** | **CASE NO: 26-00793-JAW** |
| **DEBTOR** | **CHAPTER 11** |

## ORDER SETTING MEDIATION AND DEADLINES

Considering this Court's Order [ECF Doc. 193], appointing Judge Michael Crawford as mediator ("Mediator") and directing mediation, the conference call held on August 4, 2026, between counsel for the parties and the Mediaor, and the agreement of the parties:

**IT IS ORDERED** that a mediation will take place at the United States Bankruptcy Court for the Middle District of Louisiana, 707 Florida Street, 2nd Floor, Baton Rouge, LA 70801, on Monday, August 31, 2026, beginning at 9:00 a.m.

**IT IS FURTHER ORDERED** that the parties shall submit via email PDF attachment any confidential position papers to the Mediator no later than noon on August 24, 2026. All such submissions should not exceed 20 pages in length and should be emailed to terri_salter@lamb.uscourts.gov.

**IT IS FURTHER ORDERED** that unless otherwise permitted by the Mediator in

advance of the mediation, each participating party shall have an authorized representative with authority to settle participate in person on August 31, 2026.

###END OF ORDER###